United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3271

_____

United States of America,      *
     *
         Appellee,      *    Appeal from the United States District
     *    Court for the Eastern District of Missouri.
       v.      *
     *           [Unpublished]
Ronald J. Pulley,      *
     *
         Appellant.      *

_____

Submitted: May 20, 1997
Filed: July 29, 1997

_____

Before BEAM, FRIEDMAN,[1] and LOKEN, Circuit Judges.

_____

PER CURIAM.

Ronald J. Pulley pleaded guilty to distribution of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). At sentencing, Pulley and the government stipulated that the quantity of cocaine base attributable to Pulley was more than five grams but less than twenty grams, and Pulley withdrew his objections to the presentence report. After advising Pulley of the effects of his guilty plea, the district

_____

[1]The Honorable Daniel M. Friedman, Circuit Judge, United States Court of Appeals for the Federal Circuit, sitting by designation.

court[2] adopted the presentence report, as modified by the stipulation, as findings of fact. The district court sentenced Pulley to 121 months of imprisonment, the minimum sentence under the range produced by application of the Sentencing Guidelines.

Pulley appeals, claiming a variety of errors in the calculation of his base offense level and in the adjustments made in determining his total offense level. He also claims that the district court erred by holding in abeyance his counsel's motion to withdraw from representation, pending the plea discussions. We have examined each of Pulley's claims and find them to be without merit. Because extended discussion is not warranted, we affirm Pulley's sentence. See 8th Cir. R. 47B.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.